UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. EDCV14-1390-RGK-PJW | | Date March 24, 2015 |
| Title *Bardius Miller Douglass v. P. Ramer, et al.* | | |

Present: The Honorable    Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:**      Order to Show Cause

On January 30, 2015, the Court issued an order after screening Plaintiff's First Amended Complaint. (Doc. No. 13.) In that order, the Court found that some of Plaintiff's allegations fell short of the pleading standards required under Federal Rule of Civil Procedure 8, and did not make clear which claims he was attempting to raise, particularly with respect to Defendants Lang and Jassco. The Court informed Plaintiff that, no later than March 2, 2015, he was to either file a Second Amended Complaint ("SAC") or inform the Court that he no longer wishes to pursue the claims against Defendants Lang and Jassco.

To date, Plaintiff has neither filed a SAC or stated whether he still intends to pursue the claims against Defendants Lang and Jassco. **No later than April 24, 2015, Plaintiff is ordered to either file a SAC, inform the Court whether he wants to pursue claims against those Defendants, or show cause for his failure to do so.** Plaintiff is warned that his failure to file an appropriate response to this order may result in the dismissal of the action under Federal Rule of Civil Procedure 41.

                                                                                    :    00

                                              Initials of Preparer    sr