## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 14-1390-RGK (PJW) | Date | February 15, 2017 |
|---|---|---|---|

| Title | *Bardius Miller Douglass v. P.Ramer, et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** Order To Show Cause re Plaintiff's Failure to Provide the Court with His Current Address

On January 5, 2017, a notice to parties of the Court's change of address was sent to Plaintiff at his address of record. (Doc. No. 47.) On January 18, 2017, a copy of the notice to parties mailed to Plaintiff was returned with a notation "Out of Custody." The Court contacted the West Valley Detention Center and was advised that Plaintiff was released and transferred to the Orange County Sheriff's Department on November 3, 2016. The Court then contacted the Orange County Sheriff's Department and was advised that Plaintiff was released from their custody for time served on November 8, 2016. It appears that Plaintiff has not kept the Court properly apprised of his current address.

A plaintiff proceeding *pro se* must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court of said plaintiff's current address, the Court may dismiss the action with or without prejudice for failure to prosecute. *See* Local Rule 41-6; Fed. R. Civ. P. 41(b); *see also Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Accordingly, Plaintiff has until **March 3, 2017**, to update the Court with his current address. Plaintiff is warned that if he does not respond to this Order within the time allowed, this action may be dismissed under Rule 41(b).

|  | : | 00 |
|---|---|---|
| Initials of Preparer | im | |

S:\PJW\Cases-Civil Rights\Douglass\MO_OSC P's failure to provide current address