JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARDIUS MILLER DOUGLASS, | ) CASE NO. ED CV 14-1390-RGK (PJW) |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| P. RAMER, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 29, 2017

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\~7376183.wpd